UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CARL CALLOWAY, JR.,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No.  1:24-cv-00330-HBK (HC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>14-DAY DEADLINE<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE |

Petitioner Tony Carl Calloway, Jr. initiated this action by filing a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 20, 2024.  (Doc. No. 1, "Petition").  For the reasons set forth below, the undersigned recommends that the District Court dismiss this action consistent with this Court's Local Rules for Plaintiff's failure to prosecute this action. Specifically, Plaintiff has failed to keep the Court appraised of a current address.

**BACKGROUND**

On March 20, 2024, the Court issued an order granting Plaintiff's motion to proceed *in forma pauperis* in this action.  (Doc. No. 3).  On April 2, 2024, the March 20, 2024 Order was returned as Undeliverable, RTS, Inactive, Unable to Forward."  *See* docket.  On April 9, 2024, the Court sua sponte granted Petitioner an opportunity to file an amended petition because the

1  Petition had failed to name a proper respondent. (Doc. No. 4). On April 17, 2024, the April 9,

2  2024 was returned as "Undeliverable, Inactive." *See* docket. Pursuant to this Court's Local

3  Rules, Petitioner's change of address was due no later than June 4, 2024. Local Rule 183(b).

4  Petitioner has not filed an updated address as required by Local Rule 182(f) and the time to do so

5  has expired. *See* docket.

## APPLICABLE LAW AND ANALYSIS

Petitioner was obligated to keep this Court informed of his proper address. Specifically:

> [a] party appearing *in propria persona s*hall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Local Rule 183(b); *see also* Local Rule 182(f) (all parties are "under a continuing duty" to notify the clerk of "any change of address[.]"). Petitioner was notified of his obligation to keep the Court informed of his address and advised that the Court would dismiss an action without prejudice if Petitioner did not update his address within sixty-three (63) days. (Doc. No. 2-2, ¶13). Precedent supports a dismissal of a case when a litigant does not keep the court appraised on his address. *Carey v. King*, 856 F.2d 1439 (9th Cir. 1988) (affirming lower court and finding no abuse of discretion when district court dismissed case without prejudice after pro se plaintiff did not comply with local rule requiring pro se plaintiffs keep court apprised of addresses at all times); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal proper for failure to prosecute and comply with local rules of court); *Hanley v. Opinski*, 2018 WL 3388510 (E.D. Ca. July 10, 2018) (dismissing action for failure to prosecute and to provide court with current address); *Davis v. Kern Valley State Prison*, No. 1:22-CV-1489-JLT-EPG (PC), 2023 WL 2992980, at *1, fn 1 (E.D. Cal. Apr. 18, 2023) (same). More than sixty-three (63) days has passed since the Court's April 2, 2024 Order was returned as undeliverable, and Petitioner has not filed a notice of change of address.[1]

---

[1] As of the date of these Findings and Recommendations seventy-six (76) days has passed since the March 20, 2024 Order was returned as undeliverable. On June 19, 2024, sixty-three (63) will further have

1   Accordingly, it is **ORDERED**:

2   The Clerk of Court is directed shall assign this case to a district judge for the purposes of
3   reviewing these findings and recommendations.

4   Further, it is **RECOMMENDED**:

5   This case be dismissed without prejudice pursuant to Local Rule 183(b) for Petitioner's
6   failure to prosecute this action.

NOTICE TO PARTIES

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after being served with these findings and recommendations, a party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Dated:     June 17, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

elapsed from when the Court's April 9, 2024 was returned as undeliverable.